

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
100 F. Street, N.E.
WASHINGTON, D.C. 20549-5977

September 12, 2012

**Via Facsimile and Federal Express**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312
Fax: 212.805.7920

Re:   SEC v. Wyly, et al. 1:10-cv-05760-SAS

Dear Judge Scheindlin:

> The parties' request to take the deposition of Sam Wyly on October 30, 31 and November 1 is granted. No further extensions will be granted. SO ORDERED.
>
> 9/14/12  Shira A. Scheindlin, US.DJ.

    Pursuant to Your Honor's February 27, 2012 (dkt. 95) Scheduling Order, fact discovery in the above-styled action closes on October 26, 2012. Due to scheduling conflicts, the deposition of defendant Sam Wyly has been scheduled for October 30, 31 and November 1, contingent upon Your Honor's approval. The parties have endeavored in good faith to comply with Your Honor's discovery schedule, including "double-tracking" of depositions.

    Discovery of Mr. Sam Wyly's expected testimony is important to the Securities and Exchange Commission ("SEC). Consequently, the SEC with the consent and agreement of defendants requests that Your Honor approve the taking of Mr. Wyly's deposition beyond the October 26 cut-off date.

Respectfully submitted,

Alan Lieberman /MLZ

Alan M. Lieberman
Assistant Chief Litigation Counsel
Direct Dial: 202.551.4474

cc:   All defense counsel via email