UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SECURITIES AND EXCHANGE COMMISSION,            :
                                               :   10 CV 5760 (SAS)
                Plaintiff,                     :
                                               :
        v.                                     :
                                               :
SAMUEL E. WYLY, DONALD R. MILLER, JR., in his  :
Capacity as the Independent Executor of the Will and Estate :
of Charles J. Wyly, Jr., MICHAEL C. FRENCH, and LOUIS :
J. SCHAUFELE III,                              :
                                               :
                Defendants.                    :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying: (i) Declaration of Michael L. Smith, dated March 5, 2013, and the exhibits annexed thereto; (ii) Declaration of Mark H. Hatch-Miller, dated March 5, 2013, and the exhibits annexed thereto; (iii) Declaration of Joshua Klein, dated March 5, 2013, and the exhibits annexed thereto; (iv) Declaration of Keeley L. Hennington, dated March 4, 2013; (v) Consolidated Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, dated March 5, 2013; (vi) Memorandum of Law in Support of Defendants' Consolidated Motion for Partial Summary Judgment; and (vii) all prior pleadings and proceedings heretofore had herein, defendants Samuel E. Wyly, Donald R. Miller, Jr., in his Capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr., Michael C. French, and Louis J. Schaufele, III, by their undersigned attorneys, move this Court for an order, pursuant to Fed. R. Civ. P. 56, granting partial summary judgment in their favor and against plaintiff Securities and Exchange Commission.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated February 28, 2013, plaintiff's opposition to the motion, if any, shall be filed and served on or before April 3, 2013,

and any reply papers in further support of the motion shall be filed and served on or before April 24, 2013.

Dated:   March 5, 2013
         New York, New York

                Respectfully submitted,

                BICKEL & BREWER

By:   /s/Michael L. Smith_____
      William A. Brewer III
      Michael L. Smith
      Alexander D. Widell
      James S. Renard
      Michael J. Collins
      767 Fifth Avenue, 50th Floor
      New York, NY 10153
      Telephone:  (214) 653-4000
      Facsimile: (214) 653-1015

*Attorneys for Samuel E. Wyly*

                SUSMAN GODFREY, L.L.P.

By:   /s/Mark H. Hatch-Miller_____
      Stephen D. Susman (SS8591)
      Mark H. Hatch-Miller (MH4981)
      560 Lexington Avenue, 15th Floor
      New York, New York  10022-6828
      Telephone: (212) 336-8330
      Facsimile: (212) 336-8340

      Terrell W. Oxford
      David D. Shank
      901 Main Street, Suite 5100
      Dallas, Texas  75202-3775
      Telephone: (214) 754-1900
      Facsimile: (214) 754-1933

*Attorneys for Donald R. Miller, Jr.*

                PETRILLO KLEIN & BOXER LLP

By:  /s/Joshua Klein_____
     Joshua Klein
     Nelson A. Boxer
     655 Third Avenue, 22nd Floor
     New York, New York  10017
     Telephone: (212) 370-0330
     Facsimile: (212) 370-0391

*Attorneys for Michael C. French*


                LAW OFFICES OF MARTIN J. AUERBACH

By:  /s/Martin J. Auerbach_____
     Martin J. Auerbach
     1185 Avenue of the Americas, 31st Floor
     New York, New York  10036
     Telephone: (212) 704-4347
     Facsimile: (646) 304-0175

*Attorneys for Louis J. Schaufele, III*


                ZUCKERMAN SPAEDER

By:  /s/Laura E. Neish_____
     Laura E. Neish
     1185 Avenue of the Americas, 31st Floor
     New York, New York  1036
     Telephone: (212) 704-9600
     Facsimile: (212) 704-4256

*Attorneys for Louis J. Schaufele, III*


cc:    Gregory N. Miller
       Martin J. Zerwitz
       Alan M. Lieberman
       U.S. Securities and Exchange Commission
       Division of Enforcement

       *Attorneys for Plaintiff*