# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Joshua Klein
Direct Dial: (212) 370-0334
Cell:        (646) 596-4589
jklein@pkbllp.com

October 1, 2013

VIA ECF
The Honorable Shira A. Scheindlin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *S.E.C.* v. *Wyly et al.*, No. 1:10-cv-5760-SAS

Dear Judge Scheindlin:

On behalf of defendant Michael C. French, we respectfully submit this letter in accordance with the Court's Scheduling Order, dated July 23, 2013, to advise the Court of Mr. French's intention to join in the *in limine* motions listed in the respective letters submitted to the Court today by counsel for Sam Wyly and counsel for the Estate of Charles J. Wyly, Jr.

Respectfully,

Joshua Klein
Nelson Boxer

Petrillo Klein & Boxer LLP
Counsel for Michael C. French

cc: Counsel of Record (via ecf)