UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

                - against -

SAMUEL WYLY, DONALD R.
MILLER, JR., in his Capacity as the
Independent Executor of the Will and
Estate of Charles J. Wyly, Jr., MICHAEL
C. FRENCH, AND LOUIS J.
SCHAUFELE III,

                Defendants.

------------------------------------------------------- X

**ORDER**

10 Civ. 5760 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/13

**SHIRA A. SCHEINDLIN, U.S.D.J.**

       Docketing Services is directed to place Exhibits 1 and 2 to the Securities and Exchange Commission's Memorandum of Law in Opposition to Defendants' Joint Motion in Limine (Dkt. No. 212) under permanent seal.

                                                    SO ORDERED:

                                                      Shira A. Scheindlin
                                                      U.S.D.J.

Dated:      New York, New York
               November 4, 2013

- **Appearances** -

**For the SEC:**

Alan M. Lieberman, Esq.
Gregory Nelson Miller, Esq.
John David Worland, Jr., Esq.
Martin Louis Zerwitz, Esq.
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-4474

**For Samuel E. Wyly:**

William Andrew Brewer, III, Esq.
Michael J. Collins, Esq.
James S. Renard, Esq.
Michael L. Smith, Esq.
Paul Vincent Miletic, Esq.
Alexander David Widell, Esq.
Bickel & Brewer
1717 Main Street
Suite 4800
Dallas, Texas 75201
(214) 653-4000

Martin Robert Pollner, Esq.
John Anthony Piskora, Esq.
Loeb & Loeb, LLP
345 Park Avenue
New York, New York 10154
(212) 407-4873

**For Louis J. Schaufele, III:**

Martin Joel Auerbach, Esq.
1345 Avenue of the Americas
19th Floor
New York, New York 10105
(212) 424-9181

Laura Elizabeth Neish, Esq.
Zuckerman Spaeder, LLP
1540 Broadway
Suite 1604
New York, New York 10036
(212) 704-9600

Luke Madole, Esq.
Todd Murray, Esq.
Carrington, Coleman, Sloman & Blumenthal, LLP
901 Main Street
Suite 5500
Dallas, Texas 75202
(214) 855-3000

Corbet Franklin Bryant, Jr., Esq.
10214 Lake Ridge Drive
Richardson, TX 75081
(214) 789-4113

**For Michael C. French:**

Nelson Andrew Boxer, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

**For Donald R. Miller, Jr.:**

Stephen D. Susman, Esq.
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
(713) 653-7801

David D. Shank, Esq.
Terrell Wallace Oxford, Esq.
Susman Godfrey LLP
901 Main Street
Suite 5100
Dallas, TX 75202
(214) 754-1935

Mark Howard Hatch-Miller, Esq.
Susman Godfrey LLP
560 Lexington Avenue
New York, NY 10022
(212) 336-8332

Kendyl Taylor Hanks, Esq.
Haynes and Boone, LLP
30 Rockefeller Plaza
26th Floor
New York, NY 10112
(212) 659-4972