UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

- against -

SAMUEL WYLY, DONALD R.
MILLER, JR., in his Capacity as the
Independent Executor of the Will and
Estate of Charles J. Wyly, Jr., AND
MICHAEL C. FRENCH,

        Defendants.

------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/14

## ORDER

10 Civ. 5760 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.**

For reasons stated on the record at today's conference, the SEC's non-expert motions in limine are granted in part and denied in part; defendants' non-expert motions in limine are granted in part and denied in part; and the SEC's expert-related motions in limine are granted in part and denied in part. The Clerk of the Court is directed to close these motions (Dkt Nos. 204, 207, 221, 223 and 226).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         February 4, 2014

## - Appearances -

**For the SEC:**

Gregory Nelson Miller, Esq.
John David Worland, Jr., Esq.
Martin Louis Zerwitz, Esq.
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-4474

**For Samuel E. Wyly:**

William Andrew Brewer, III, Esq.
Michael J. Collins, Esq.
James S. Renard, Esq.
Michael L. Smith, Esq.
Paul Vincent Miletic, Esq.
Alexander David Widell, Esq.
Bickel & Brewer
1717 Main Street
Suite 4800
Dallas, Texas 75201
(214) 653-4000

Martin Robert Pollner, Esq.
John Anthony Piskora, Esq.
Loeb & Loeb, LLP
345 Park Avenue
New York, New York 10154
(212) 407-4873

**For Michael C. French:**

Nelson Andrew Boxer, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

**For Donald R. Miller, Jr.:**

Stephen D. Susman, Esq.
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
(713) 653-7801

David D. Shank, Esq.
Terrell Wallace Oxford, Esq.
Susman Godfrey LLP
901 Main Street
Suite 5100
Dallas, TX 75202
(214) 754-1935

Mark Howard Hatch-Miller, Esq.
Susman Godfrey LLP
560 Lexington Avenue
New York, NY 10022
(212) 336-8332

Kendyl Taylor Hanks, Esq.
Haynes and Boone, LLP
30 Rockefeller Plaza
26th Floor
New York, NY 10112
(212) 659-4972