UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMUEL E. WYLY,<br>DONALD R. MILLER, JR., in his capacity<br>as the Independent Executor of the Will<br>and Estate of Charles J. Wyly, Jr.,<br>MICHAEL C. FRENCH and<br>LOUIS J. SCHAUFELE III,<br><br>                    Defendants. | No. 1:10-cv-05760-SAS<br><br>ECF Case |

**FINAL CONSENT JUDGMENT AS TO DEFENDANT MICHAEL C. FRENCH**

**WHEREAS,** the Securities and Exchange Commission filed a Complaint and Michael C. French ("Defendant") having entered a general appearance; admitted the allegations of the Complaint as to personal and subject matter jurisdiction; executed the Consent annexed hereto and incorporated herein for the purpose of settling the Actions before the Court; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment; and

**WHEREAS** Defendant admits to the facts set forth in Annex A to the Consent of Defendant Michael C. French.  The Consent of Michael C. French, and Annex A, are hereby incorporated by reference with the same force and effect as if fully set forth herein.

I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the

Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 CFR § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 13(d) of the Exchange Act [15 U.S.C. § 78m(d)] and Rules 13d-1 and 13d-2 thereunder [17 C.F.R. §§ 240.13d-1 and 240.13d-2] by failing to file with the Commission a Schedule 13D, after acquiring directly or indirectly the beneficial ownership of more than 5% of any equity security of a class which is registered under the Exchange Act or otherwise becomes or is deemed to become a beneficial owner of more than 5% of any equity security of a class which is registered under the Exchange Act upon the purchase or sale of a security-based swap that the Commission may define by rule, or by failing to file with the Commission an amended Schedule 13D if any material change occurs in the facts set forth in a previous Schedule 13D filed with the Commission.

### III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)], Defendant is prohibited from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

### IV.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant is liable for disgorgement of $400,000, representing profits gained as a result of the conduct Defendant has admitted, together with prejudgment interest in the amount of $394,608.84 (from December 1998 to July 2009).  Defendant shall satisfy the obligations set forth in this paragraph by paying $794,608.84 to the Commission within 14 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:  Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169, and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Michael C. French as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case

identifying information to the Commission's counsel in this action.  By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.  The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment.  Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## IV

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: _____, 2014

_____
UNITED STATES DISTRICT JUDGE