UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

  - against -

SAMUEL WYLY, and DONALD R.
MILLER, JR., in his Capacity as the
Independent Executor of the Will and Estate
of Charles J. Wyly, Jr.,

           Defendants.
------------------------------------------------------------X

ORDER

10 Civ. 5760 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/14

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The Court Security Officers and U.S. Marshals are hereby directed to permit Admiral messenger service and Courtroom Connect to bring the following equipment into the Courthouse on March 28, 2014, at approximately 10:00 a.m.

        30 boxes
        Rolling carts
        Projector screen
        VGA Distribution Amplifier
        Mouse
        Slim table
        Anchor speaker
        Scanner
        VGA switcher
        24 port switch

        3-4 power strips
        A/V and USB cables
        Extension Cord
        3 printers
        2 laptops
        PowerPoint clicker/laser pointer
        USB hub
        LCD monitor
        Ethernet cables

The delivery will be made by Admiral messenger service and Courtroom Connect.

They will need access to Pearl Street. The drivers will be Lassana Doucoure and

Jorge Minchala. The vehicle Ms. Doucoure will be driving is a 2001 Burgandy Ford Econoline E250 with New York License Plate Number FHY9499. The vehicle Mr. Minchala will be driving is a 2004 White Ford with New York License Plate Number 31222ME.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
March 21, 2014

## - Appearances -

**For the SEC:**

Gregory Nelson Miller, Esq.
John David Worland, Jr., Esq.
Martin Louis Zerwitz, Esq.
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-4474

**For Defendants:**

Stephen D. Susman, Esq.
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
(713) 653-7801

David D. Shank, Esq.
Terrell Wallace Oxford, Esq.
Susman Godfrey LLP
901 Main Street
Suite 5100
Dallas, TX 75202
(214) 754-1935

Mark Howard Hatch-Miller, Esq.
Susman Godfrey LLP
560 Lexington Avenue
New York, NY 10022
(212) 336-8332