UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————X

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC
DEVICE(S) OR GENERAL PURPOSE
COMPUTING DEVICE(S) INTO THE
COURTHOUSES OF THE SOUTHERN
DISTRICT OF NEW YORK FOR USE IN A
PROCEEDING OR TRIAL
——————————————————X



The following Order is subject to the definitions, obligations, and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby:

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned SEC v. Wyly et al. No. 10 Civ 5760.

The date(s) for which such authorization is provided are 3/24/2014 – 5/23/2014.

| Attorney | Device(s) |
|---|---|
| 1. Bridget Fitzpatrick | Laptop Computer, Cellular Phone |
| 2. Gregory N. Miller | Laptop Computer, Cellular Phone |
| 3. Martin Zerwitz | Laptop Computer, Cellular Phone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

Dated: 3/24/14

SO ORDERED:

_____
United States Judge

SEC v. Wyly, General Purpose Computing Device(s) Order continued.

| 4. | John D. Worland, Jr. | Laptop Computer, Cellular Phone |
| 5. | Hope Hall Augustini | Laptop Computer, Cellular Phone |
| 6. | Daniel Staroselsky | Laptop Computer, Cellular Phone |
| 7. | Melody Allen | Laptop Computer, Cellular Phone |
| 8. | Lynette Chew | Laptop Computer, Cellular Phone |
| 9. | Christopher Innis | Laptop Computer, Cellular Phone |