UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

- against -

SAMUEL WYLY, and DONALD R.
MILLER, JR., in his Capacity as the
Independent Executor of the Will and Estate
of Charles J. Wyly, Jr.,

        Defendants.
------------------------------------------------------X

**ORDER**

10 Civ. 5760 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/14

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

It is hereby ORDERED that Courtroom Connect may install four internet access cables in Room 880 for use by the following attorney(s) in a trial in the above-captioned action from April 3, 2014 to May 23, 2014.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            April 3, 2014

- **Appearances** -

**For the SEC:**

Gregory Nelson Miller, Esq.
John David Worland, Jr., Esq.
Martin Louis Zerwitz, Esq.
United States Securities and Exchange
Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-4474

**For Defendants:**

Stephen D. Susman, Esq.
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
(713) 653-7801

David D. Shank, Esq.
Terrell Wallace Oxford, Esq.
Susman Godfrey LLP
901 Main Street
Suite 5100
Dallas, TX 75202
(214) 754-1935

Mark Howard Hatch-Miller, Esq.
Susman Godfrey LLP
560 Lexington Avenue
New York, NY 10022
(212) 336-8332