

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street , N.E.
Washington, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

April 28, 2014

**Via ECF Filing**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

    Re:    <u>*SEC v. Wyly, et al.* 1:10-cv-05760-SAS</u>

Dear Judge Scheindlin:

    Pursuant to your April 18 (Tr. 1485:25-1486:11) oral order, granting the Securities and Exchange Commission's unopposed motion *ore tenus*, it is respectfully requested that the Court confirm the admission *pro hac vice* in the above captioned case of SEC counsel Ms. Hope Hall Augustini and Mr. Daniel Staroselsky by executing the proposed order enclosed herein. Ms. Augustini is a member in good standing of the bar of Maine, and Mr. Staroselsky is a member in good standing of the bar of Illinois.

                                                                    Respectfully submitted,

                                                              <u>   /s/ *Gregory N. Miller*</u>
                                                              Gregory N. Miller
                                                               Counsel for Plaintiff SEC

cc: Counsel of record via ECF system)