UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                      Plaintiff,<br><br>v.<br><br>SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr.,<br><br>                                      Defendants. | No. 1:10-cv-05760-SAS |

## NOTICE OF FILING ADMITTED TRIAL EXHIBITS LIST

      Plaintiff Securities and Exchange Commission hereby files a list, below, of all exhibits admitted during the trial of the above-styled civil enforcement action.

Dated:  May 7, 2014                                                       Respectfully submitted

                                                                                    By:  \_\_/s/ *Gregory N. Miller*\_\_\_
                                                                                     Gregory N. Miller (GM-5922)
                                                                                     David J. Gottesman (*pro hac vice*)
                                                                                      Bridget M. Fitzpatrick (*pro hac vice*)
                                                                                      John D. Worland, Jr. (JDW-1962)
                                                                                      Martin L. Zerwitz (MZ-9765)
                                                                                      Hope Hall Augustini (*pro hac vice*)
                                                                                      Daniel Staroselsky (*pro hac vice*)
                                                                                      100 F Street, N.E.
                                                                                      Washington, D.C. 20549
                                                                                      (202) 551-4469 (Miller)
                                                                                      millergn@sec.gov

                                                                                      *Counsel for Plaintiff*
                                                                                      *U.S. Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of May 2014, copies of the Notice of Filing Admitted Trial Exhibits List were served in .pdf format on the following parties via the Court's ECF system:

| | |
|---|---|
| Stephen D. Susman<br>SUSMAN GODFREY<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002-5096 | Michael L. Smith<br>BICKEL & BREWER<br>767 Fifth Avenue<br>50th Floor<br>New York, New York  10153 |
| Terrell W. Oxford<br>David D. Shank<br>SUSMAN GODFREY<br>901 Main Street, Suite 5100<br>Dallas, Texas  75202-3775 | **Counsel for Defendant Samuel E. Wyly** |
| Mark Hatch-Miller<br>Steven M. Shepard<br>SUSMAN GODFREY<br>560 Lexington Avenue<br>15th Floor<br>New York, NY 10022-6828<br>**Counsel for Defendants Sam Wyly and Donald R. Miller Jr.** | ___/s/ *Gregory N. Miller*<br>Gregory N. Miller<br>Counsel for Plaintiff |

| ADMITTED SEC TRIAL EXHIBITS ||||||
|---|---|---|---|---|---|
| PX-0002 | PX-0131 | PX-0317 | PX-0556 | PX-0738 | PX-1019 |
| PX-0008 | PX-0132 | PX-0320 | PX-0570 | PX-0748 | PX-1022 |
| PX-0010 | PX-0133 | PX-0323 | PX-0575 | PX-0750 | PX-1025 |
| PX-0012 | PX-0136 | PX-0325 | PX-0598 | PX-0755 | PX-1028 |
| PX-0013 | PX-0139 | PX-0326 | PX-0602 | PX-0755A | PX-1033 |
| PX-0036 | PX-0141 | PX-0329 | PX-0605 | PX-0757 | PX-1038 |
| PX-0037 | PX-0146 | PX-0332 | PX-0607 | PX-0758 | PX-1080 |
| PX-0038 | PX-0147 | PX-0344 | PX-0613 | PX-0780 | PX-1082 |
| PX-0040 | PX-0148 | PX-0352 | PX-0617 | PX-0794 | PX-1084 |
| PX-0041 | PX-0149 | PX-0356 | PX-0625 | PX-0813 | PX-1099 |
| PX-0042 | PX-0157 | PX-0366 | PX-0626 | PX-0815 | PX-1100 |
| PX-0049 | PX-0158 | PX-0368 | PX-0633 | PX-0829 | PX-1115 |
| PX-0054 | PX-0160 | PX-0382 | PX-0639 | PX-0845 | PX-1142 |
| PX-0055 | PX-0167 | PX-0385 | PX-0640 | PX-0847 | PX-1150 |
| PX-0062 | PX-0178 | PX-0390 | PX-0645 | PX-0853 | PX-1152 |
| PX-0065 | PX-0184 | PX-0394 | PX-0646 | PX-0866 | PX-1154 |
| PX-0071 | PX-0190 | PX-0396 | PX-0649 | PX-0890 | PX-1168 |
| PX-0075 | PX-0192 | PX-0403 | PX-0652 | PX-0894 | PX-1174 |
| PX-0078 | PX-0194 | PX-0408 | PX-0653 | PX-0901 | PX-1180 |
| PX-0081 | PX-0196 | PX-0417 | PX-0654 | PX-0906 | PX-1205 |
| PX-0085 | PX-0197 | PX-0419 | PX-0656 | PX-0911 | PX-1241 |
| PX-0089 | PX-0216 | PX-0472 | PX-0657 | PX-0913 | PX-1264 |
| PX-0091 | PX-0218 | PX-0479 | PX-0660 | PX-0927 | PX-1265 |
| PX-0092 | PX-0228 | PX-0480 | PX-0664 | PX-0934 | PX-1280 |
| PX-0094 | PX-0237 | PX-0482 | PX-0668 | PX-0938 | PX-1335 |
| PX-0096 | PX-0240 | PX-0483 | PX-0670 | PX-0944 | PX-1342 |
| PX-0102 | PX-0241 | PX-0488 | PX-0672 | PX-0957 | PX-1366 |
| PX-0103 | PX-0247 | PX-0489 | PX-0673 | PX-0962 | PX-1392 |
| PX-0106 | PX-0250 | PX-0492 | PX-0674 | PX-0984 | PX-1403 |
| PX-0107 | PX-0255 | PX-0516 | PX-0677 | PX-0985 | PX-1411 |
| PX-0112 | PX-0269 | PX-0519 | PX-0679 | PX-0990 | PX-1413 |
| PX-0115 | PX-0274 | PX-0540 | PX-0692 | PX-0991 | PX-1477 |
| PX-0117 | PX-0280 | PX-0542 | PX-0693 | PX-0996 | PX-1478 |
| PX-0119 | PX-0281 | PX-0543 | PX-0697 | PX-0997 | PX-1480 |
| PX-0120 | PX-0288 | PX-0544 | PX-0710 | PX-0998 | PX-1481 |
| PX-0123 | PX-0289 | PX-0548 | PX-0721 | PX-0999 | PX-1483 |
| PX-0125 | PX-0307 | PX-0549 | PX-0722 | PX-1013 | PX-1485 |
| PX-0130 | PX-0316 | PX-0550 | PX-0733 | PX-1017 | PX-1490 |

| PX-1491 | PX-3025 | PX-3064 | PX-4024 | PX-4157 | PX-4224 |
| --- | --- | --- | --- | --- | --- |
| PX-1492 | PX-3026 | PX-3065 | PX-4025 | PX-4158 | PX-4226 |
| PX-2002 | PX-3027 | PX-3066 | PX-4030 | PX-4159 | PX-4227 |
| PX-2006 | PX-3028 | PX-3067 | PX-4037 | PX-4160 | PX-4229 |
| PX-2009 | PX-3029 | PX-3068 | PX-4038 | PX-4161 | PX-4231 |
| PX-2010 | PX-3030 | PX-3069 | PX-4039 | PX-4162 | PX-4240 |
| PX-2011 | PX-3031 | PX-3070 | PX-4047 | PX-4163 | PX-4241 |
| PX-2014 | PX-3032 | PX-3071 | PX-4048 | PX-4164 | PX-4243 |
| PX-2015 | PX-3033 | PX-3072 | PX-4051 | PX-4165 | PX-4244 |
| PX-2023 | PX-3034 | PX-3073 | PX-4052 | PX-4166 | PX-4249 |
| PX-2024 | PX-3035 | PX-3074 | PX-4071 | PX-4167 | PX-4256 |
| PX-2035 | PX-3036 | PX-3075 | PX-4073 | PX-4168 | PX-4259 |
| PX-2040 | PX-3037 | PX-3076 | PX-4078 | PX-4169 | PX-4262 |
| PX-2043 | PX-3038 | PX-3077 | PX-4089 | PX-4171 | PX-4263 |
| PX-2048 | PX-3039 | PX-3078 | PX-4090 | PX-4172 | PX-4264 |
| PX-2073 | PX-3040 | PX-3079 | PX-4093 | PX-4181 | PX-4269 |
| PX-3000 | PX-3041 | PX-3080 | PX-4096 | PX-4182 | PX-4274 |
| PX-3001 | PX-3042 | PX-3081 | PX-4099 | PX-4183 | PX-4275 |
| PX-3002 | PX-3043 | PX-3082 | PX-4114 | PX-4184 | PX-4276 |
| PX-3003 | PX-3044 | PX-3083 | PX-4123 | PX-4185 | PX-4277 |
| PX-3004 | PX-3045 | PX-3084 | PX-4126 | PX-4186 | PX-4278 |
| PX-3005 | PX-3046 | PX-3085 | PX-4127 | PX-4187 | PX-4284 |
| PX-3006 | PX-3047 | PX-3086 | PX-4128 | PX-4188 | PX-4285 |
| PX-3009 | PX-3048 | PX-3087 | PX-4129 | PX-4189 | PX-4286 |
| PX-3010 | PX-3049 | PX-3088 | PX-4130 | PX-4190 | PX-4287 |
| PX-3011 | PX-3050 | PX-3089 | PX-4134 | PX-4191 | PX-4289 |
| PX-3012 | PX-3051 | PX-3090 | PX-4135 | PX-4192 | PX-4290 |
| PX-3013 | PX-3052 | PX-3091 | PX-4138 | PX-4193 | PX-4293 |
| PX-3014 | PX-3053 | PX-3094 | PX-4139 | PX-4195 | PX-4299 |
| PX-3015 | PX-3054 | PX-4011 | PX-4142 | PX-4201 | PX-4301 |
| PX-3016 | PX-3055 | PX-4012 | PX-4143 | PX-4205 | PX-4302 |
| PX-3017 | PX-3056 | PX-4013 | PX-4144 | PX-4207 | PX-4304 |
| PX-3018 | PX-3057 | PX-4014 | PX-4145 | PX-4208 | PX-4309 |
| PX-3019 | PX-3058 | PX-4015 | PX-4146 | PX-4209 | PX-4310 |
| PX-3020 | PX-3059 | PX-4016 | PX-4148 | PX-4215 | PX-4312 |
| PX-3021 | PX-3060 | PX-4017 | PX-4149 | PX-4216 | PX-4315 |
| PX-3022 | PX-3061 | PX-4020 | PX-4150 | PX-4218 | PX-5010 |
| PX-3023 | PX-3062 | PX-4021 | PX-4154 | PX-4219 | PX-5011 |
| PX-3024 | PX-3063 | PX-4023 | PX-4156 | PX-4223 | PX-5012 |

| | | | | | |
|---|---|---|---|---|---|
| PX-5013 | PX-7018 | **ADMITTED DEFENSE TRIAL EXHIBITS** | | | |
| PX-5014 | PX-8000 | DX-1 | DX-126 | DX-468 | DX-649 |
| PX-5015 | PX-8001 | DX-2 | DX-129 | DX-481 | DX-650 |
| PX-5018 | PX-8002 | DX-3 | DX-130 | DX-501 | DX-652 |
| PX-5019 | PX-8003 | DX-4 | DX-131 | DX-522 | DX-653 |
| PX-5024 | PX-8004 | DX-5 | DX-133 | DX-528 | DX-654 |
| PX-5030 | PX-8005 | DX-17 | DX-138 | DX-545 | DX-655 |
| PX-5031 | PX-8006 | DX-19 | DX-139 | DX-554 | DX-656 |
| PX-5034 | PX-8007 | DX-20 | DX-141 | DX-555 | |
| PX-5038 | PX-8008 | DX-27 | DX-146 | DX-558 | **ADMITTED JOINT EXS** |
| PX-5039 | PX-7018 | DX-29 | DX-161 | DX-562 | JX-001 |
| PX-5047 | | DX-38 | DX-166 | DX-563 | JX-002 |
| PX-5050 | | DX-44 | DX-207 | DX-565 | JX-003 |
| PX-5053 | | DX-45 | DX-246 | DX-566 | JX-004 |
| PX-5055 | | DX-48 | DX-257 | DX-570 | JX-005 |
| PX-5056 | | DX-49 | DX-259 | DX-572 | JX-006 |
| PX-5057 | | DX-50 | DX-262 | DX-573 | JX-007 |
| PX-5059 | | DX-52 | DX-271 | DX-574 | JX-008 |
| PX-6000 | | DX-53 | DX-274 | DX-575 | JX-009 |
| PX-6011 | | DX-55 | DX-275 | DX-576 | |
| PX-6019 | | DX-58 | DX-277 | DX-577 | |
| PX-7000 | | DX-59 | DX-278 | DX-578 | |
| PX-7001 | | DX-61 | DX-279 | DX-579 | |
| PX-7002 | | DX-63 | DX-280 | DX-580 | |
| PX-7003 | | DX-64 | DX-283 | DX-582 | |
| PX-7004 | | DX-65 | DX-284 | DX-586 | |
| PX-7005 | | DX-74 | DX-290 | DX-588 | |
| PX-7006 | | DX-77 | DX-293 | DX-589 | |
| PX-7007 | | DX-78 | DX-302 | DX-591 | |
| PX-7008 | | DX-79 | DX-325 | DX-597 | |
| PX-7009 | | DX-81 | DX-365 | DX-598 | |
| PX-7010 | | DX-85 | DX-390 | DX-602 | |
| PX-7011 | | DX-93 | DX-391 | DX-603 | |
| PX-7012 | | DX-102 | DX-392 | DX-610 | |
| PX-7013 | | DX-103 | DX-396 | DX-626 | |
| PX-7014 | | DX-117 | DX-399 | DX-636 | |
| PX-7015 | | DX-119 | DX-434 | DX-637 | |
| PX-7016 | | DX-121 | DX-443 | DX-640 | |
| PX-7017 | | DX-124 | DX-467 | DX-648 | |

5