

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 "F" Street, N.E.
WASHINGTON, D.C. 20549-5977

DIVISION OF
ENFORCEMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/14

May 9, 2014

Via ECF

Honorable Shira A. Scheindlin
Daniel Patrick Moynihan US Courthouse
500 Pearl St. - 15C
New York, NY 10007-1312

Re:     *SEC v. Wyly, 1:10-cv-5760*

Dear Judge Scheindlin:

We seek permission for the SEC's courtroom technician, On The Record, Inc. and courier to breakdown and remove courtroom equipment used during trial. The courier, RDS Delivery, will need permission to enter via the courthouse loading dock. The driver information is as follows:

Driver: Alvaro Bosch
Drivers Lic.: 590 35 4105
Vehicle: White Ford Cargo Van
Plate #: 53849MC

Please contact me if you have any questions. Thank you for your consideration

Respectfully submitted,

/s/

_____
Martin Zerwitz
Senior Counsel

Request granted.
So Ordered.

5/9/14