# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
|---|---|---|---|
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

May 12, 2014

Honorable Shira Scheindlin
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Room 15C
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/14

Re: Civil Action No. 10-cv-5760-SAS; *Securities and Exchange Commission v. Samuel Wyly, et al.*; United States District Court for the Southern District of New York

Dear Judge Scheindlin:

We represent the Defendants in the above-referenced matter. We are writing to request permission to remove our boxes and trial supplies from the witness room and our conference room number 880 tomorrow, Tuesday May 13, 2014.

The driver from Admiral coming to pick up the boxes is Jorge Minchala and he will be driving a 2004 White Ford with license plate # 31222 ME.

*Request granted*
*So Ordered.*
[signature]
USDJ
5/12/14

Respectfully submitted:

SUSMAN GODFREY, L.L.P.

By: [signature]

Stephen D. Susman (SS8591)
Mark H. Hatch-Miller (MH4981)
Steven M. Shepard (*pro hac vice*)
560 Lexington Avenue, 15th Floor
New York, New York 10022-6828
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Samuel E. Wyly and Donald R. Miller, Jr.*