UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : No. 10-CV-5760-SAS |
| v. | : : |
| SAMUEL WYLY and DONALD R. MILLER JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr., | : : : : |
| Defendants. | : : : |

### NOTICE OF JOINT AGREEMENT THAT ADDITIONAL EXHIBITS ARE ADMITTED FOR PURPOSES OF THE INSIDER TRADING BENCH TRIAL

Plaintiff Securities and Exchange Commission hereby notifies the Court that the parties agree that, with one exception, the exhibits listed in Attachment A will be treated as admitted evidence with respect to the insider trading bench trial scheduled for July 2, 2014. Defendants, however, that PX-1494, the declaration of Professor Jones, is admissible to the extent that it exceeds the scope Professor Jones's expert report. Defendants therefore reserve the right to object to the admissibility of any portion of PX-1494 that goes beyond the facts and opinions disclosed in Professor Jones's report.

Dated:  July 1, 2014 Respectfully submitted

By: */s/ Bridget M. Fitzpatrick*
Bridget M. Fitzpatrick (*pro hac vice*)
Gregory N. Miller (GM-5922)
David J. Gottesman (*pro hac vice*)
John D. Worland, Jr. (JDW-1962)
Martin L. Zerwitz (MZ-9765)
Hope Hall Augustini (*pro hac vice*)
Daniel Staroselsky (*pro hac vice*)
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4678 (Miller)
FitzpatrickBr@SEC.GOV

*Counsel for Plaintiff*
*U.S. Securities and Exchange*
*Commission*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of July 2014, copies of the Notice of Joint Agreement that Additional Exhibits Are Admitted for Purposes of the Insider Trading Bench Trial were served in .pdf format on the following parties via the Court's ECF system:

| | |
|---|---|
| Stephen D. Susman<br>SUSMAN GODFREY<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002-5096 | Michael L. Smith<br>BICKEL & BREWER<br>767 Fifth Avenue<br>50th Floor<br>New York, New York  10153 |
| Terrell W. Oxford<br>David D. Shank<br>SUSMAN GODFREY<br>901 Main Street, Suite 5100<br>Dallas, Texas  75202-3775 | **Counsel for Defendant Samuel E. Wyly** |
| Mark Hatch-Miller<br>Steven M. Shepard<br>SUSMAN GODFREY<br>560 Lexington Avenue<br>15th Floor<br>New York, NY 10022-6828<br>**Counsel for Defendants Sam Wyly and Donald R. Miller Jr.** | */s/ Gregory N. Miller*<br>Gregory N. Miller<br>Counsel for Plaintiff |

# EXHIBIT A

| PLAINTIFF EXHIBITS | DEFENSE EXHIBITS |
|---|---|
| PX-637 | DX-657 |
| PX-641 | DX-658 |
| PX-648 | DX-659 |
| PX-650 | DX-660 |
| PX-655 | DX-661 |
| PX-658 | DX-662 |
| PX-659 | JX-0010 |
| PX-661 | |
| PX-666 | |
| PX-689 | |
| PX-694 | |
| PX-695 | |
| PX-699 | |
| PX-709 | |
| PX-713 | |
| PX-1484 | |
| PX-1493 | |
| PX-1494 | |