

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
100 F Street, N.E.
WASHINGTON, D.C. 20549-5977

July 16, 2014

**Via ECF and Email**

Honorable Shira A. Scheindlin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re: SEC v. Wyly,* 1:10-cv-05760

Dear Judge Scheindlin:

     We request your permission for the SEC's court room technicians to set up the court room for the upcoming bench trial scheduled to begin at 10:00 a.m. on August 4, 2014. We request that Roy Campos and Jonathan Owens of On the Record, Inc. be permitted to bring the following items into your court room on the morning or afternoon of Friday, August 1, prior to the trial:

     Two laptop computers with power adapters
     Two "mice"
     One power point/ laser remote
     One hard drive and several thumb drives
     One Network Router/ mifi hotspot
     One smartphone

     Additionally, On the Record, Inc. will have the following equipment delivered to the court house by RDS Delivery on the morning of August 1, and will need access to Pearl Street:

     Two LCD Monitors
     One printer
     One 2-way VGA Distributor
     One 8-way VGA Distributor
     One VGA Switch
     One Anchor Speaker
     Miscellaneous cabling and peripherals (extension cords, power strips, VGA cables)

Hon. Shira A. Scheindlin
July 16, 2014
Page 2

                                        Respectfully submitted,

                                        */s/ Gregory N. Miller*
                                        Gregory N. Miller
                                        Assistant Chief Litigation Counsel
                                        202.551.4469
                                        millergn@sec.gov

cc:  Counsel of record via email