UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr.,<br><br>　　　　　　　　　　　　Defendants. | No. 1:10-cv-05760-SAS<br><br>Notice of Motion *In Limine* |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff Securities and Exchange Commission's Motion *In Limine* to Exclude Part of the Testimony of Defense Expert McConnell, and the exhibits in support thereof, Plaintiff Securities and Exchange Commission ("Commission") respectfully moves this Court, before the Honorable Shira A. Scheindlin, United States District Judge, Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 15C, New York, New York 10007-1312, for an order excluding the opinions and testimony of Robert Danforth and Andrew Thorpe.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's briefing schedule any opposing affidavits and answering memoranda shall be served on or before Friday, July 25, 2014.

**PLEASE TAKE FURTHER NOTICE** that movant requests oral argument on its motion.

- 2 -

Dated:  July 18, 2014                                           Respectfully submitted,

/s/ *John D. Worland, Jr.*
John D. Worland, Jr. (JDW-1962)
Bridget Fitzpatrick
Martin Zerwitz (MZ-9765)
Hope Hall Augustini
Daniel Staroselsky
Gregory N. Miller (GM-5922)
Counsel for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4438 (Worland)
(202) 772-9292 (fax)
worlandj@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of July 2014, copies of the SEC's Notice of Motion *In Limine* to Exclude Part of the Testimony of Defense Expert McConnell were served in .pdf format on the following parties via the Court's ECF system:

Stephen D. Susman
SUSMAN GODFREY
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096

Terrell W. Oxford
David D. Shank
SUSMAN GODFREY
901 Main Street, Suite 5100
Dallas, Texas 75202-3775

Mark Hatch-Miller
Steven M. Shepard
SUSMAN GODFREY
560 Lexington Avenue
15th Floor
New York, NY 10022-6828
**Counsel for Defendants Sam Wyly and Donald R. Miller Jr.**

Michael L. Smith
BICKEL & BREWER
767 Fifth Avenue
50th Floor
New York, New York 10153
**Counsel for Defendant Samuel E. Wyly**

  /s/ *John D. Worland, Jr.*
John D. Worland, Jr.
Counsel for Plaintiff