USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
FOR USE IN A TRIAL OR PROCEEDING
-----------------------------------------------------------X

Order No. / _____

    I, Shira A. Scheindlin, hereby authorize the following individual(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled SEC v. Wyly et al, No. 10-5760 (SAS), which is anticipated to begin on August 4, 2014 and run through August 7, 2014.

| Individual | Device(s) |
| --- | --- |
| 1. Steve Susman | Cell phone and laptop |
| 2. Harry Susman | Cell phone and laptop |
| 3. Mark Hatch-Miller | Cell phone and laptop |
| 4. Steven Shepard | Cell phone and laptop |
| 5. Matthew Latzman | Cell phone and laptop |
| 6. Matt Boles | Cell phone and 2 laptops |
| 7. Keeley Hennington | Cell phone and laptop |
| 8. Donald Miller | Cell phone and laptop/Ipad |
| 9. Evan Wyly | Cell phone and Ipad |

*(Attach Additional Sheet if Needed)*

    The individual(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing the equipment into the Courthouse constitutes a certification by the individual(s) that the electronic device(s) lack: (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. The individual(s) shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements contained in Additional Provisions (page 2).

    This Order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

Dated: New York, New York
       July 28, 2014

SO ORDERED:

                                                                                                           Shira Scheindlin, U.S.D.J.
                                                                                                          U.S.D.J.

RECEIPT ACKNOWLEDGED:

_____
Chair, Technology Committee

*(The provisions on page 2 are an integral part of this Order.)*

## ADDITIONAL PROVISIONS

1. The term General Purpose Computing Device ("GPCD") as used in this Order is defined as set forth in Local Civil Rule 1.8.

2. GPCD screens and monitors are limited to one screen or monitor per GPCD and shall not obstruct vision or otherwise interfere with the proceedings.

3. Printers, scanners and other noise-emitting devices shall not be connected to authorized GPCDs while GPCDs are in a courtroom.

4. No GPCD shall be connected to the Court's computer network or any device connected thereto. No GPCD that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other GPCD or Personal Electronic Device.