

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
100 F Street, N.E.
WASHINGTON, D.C. 20549-5977

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/14

July 29, 2014

**Via ECF and Email**

Honorable Shira A. Scheindlin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re: SEC v. Wyly,* 1:10-cv-05760

Dear Judge Scheindlin:

We request your permission for Courtroom Connect to install two internet access cables in the Courtroom for the upcoming hearing from August 4-7, 2014. These cables will be used by Roy Campos of On the Record, Inc. and Martin Zerwitz of the SEC.

Respectfully submitted,

*/s/ John D. Worland, Jr.*
John D. Worland, Jr.
Assistant Chief Litigation Counsel
202.551.4438
worlandj@sec.gov

cc: Counsel of record via email
Sumit Chatterjee, Courtroom Connect

*Request granted*
*& Ordered.*
*[signature]*
*USDJ*
*7/29/14*