**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr.,<br><br>              Defendants. | No. 1:10-cv-05760-SAS |

**NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RECALCULATIONS OF PRE-JUDGMENT INTEREST ON ILL-GOTTEN GAINS**

Plaintiff Securities and Exchange Commission ("SEC") submits the results of its recalculations of pre-judgment interest on the ill-gotten gains of Sam and Charles Wyly, and subject to disgorgement by Order of this Court.

The Court recently determined that Sam Wyly must disgorge $123,836,958.76 and Charles Wyly must disgorge $63,396,733.97.[1]

The Court declined to adopt the SEC's application of the Internal Revenue Service ("IRS") underpayment rate. Instead, the Court ordered that prejudgment interest is to be calculated at the lower of the average London Interbank Offered Rate ("LIBOR") or the IRS underpayment rate for each year, and that pre-judgment interest is to be applied for the entire period of the Wylys' fraud through December 1, 2014.[2] Pursuant to the Court's direction that the SEC recalculate the amount of pre-judgment interest by October 17,[3] the SEC submits the

---

[1] ECF Nos. 476 (Opinion and Order) and 481 (Corrected Opinion an Order) at 80.
[2] *Id*. at 77 and 80.
[3] *Id*. at 80.

results of its recalculations performed by Dr. Eugene Canjels,[4] Ph.D., for the Court's review and consideration.

When the recalculated amounts of pre-judgment interest are applied to the disgorgement amounts determined by this Court, the results are as follows:

| **Defendant** | **Ill-Gotten Gains** | **Pre-Judgment Interest** | **Total** |
|---|---|---|---|
| Sam Wyly | $123,836,959.02 | $ 74,281,866.14 | $198,118,825.16 |
| Charles Wyly | $  63,396,733.98 | $ 37,841,684.66 | $101,238,418.64 |
| **Total** | **$187,233,693.00** | **$ 112,123,550.80** | **$ 299,357,243.80** |

Dated: October 17, 2014.          Respectfully submitted,

          /s/ *Gregory N. Miller*_____
          Gregory N. Miller (GM-5922)
          Bridget Fitzpatrick
          John D. Worland, Jr. (JDW-1962)
          Martin Zerwitz (MZ-9765)
          Hope Hall Augustini
          Daniel Staroselsky
          Marsha C. Massey
          Michael Roessner
          Counsel for Plaintiff
          SECURITIES AND EXCHANGE COMMISSION
          100 F Street, N.E.
          Washington, DC 20549-5977
          Tel.:   (202) 551-4469 (Miller)
          Email:  MillerGN@SEC.Gov

---

[4] Dr. Canjels is a Supervisory Financial Economist in the SEC's Division of Economic and Risk Analysis. PJI Ex. 1 (Canjels Decl).

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of October 2014, electronic copies of the Notice of Plaintiff Securities and Exchange Commission's Recalculations of Pre-Judgment Interest On Ill-Gotten Gains were served on the following parties via electronic mail:

Stephen D. Susman
Harry Susman
SUSMAN GODFREY
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096

Terrell W. Oxford
David D. Shank
SUSMAN GODFREY
901 Main Street, Suite 5100
Dallas, Texas 75202-3775

MARK HATCH-MILLER
STEVEN SHEPARD
SUSMAN GODFREY
560 Lexington Avenue
15th Floor
New York, New York 10022-6828

**Counsel for Defendants
Samuel E. Wyly and
Donald R. Miller Jr.**

William A. Brewer III
Michael Smith
BICKEL & BREWER
1717 Main Street, Suite 4800
Dallas, Texas 75201

**Co-Counsel for Defendant
Samuel E. Wyly**


　　　　　　　　　　　　　　　__/s/_*Gregory N. Miller*_____
　　　　　　　　　　　　　　　Gregory N. Miller
　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　Securities & Exchange Commission