UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    No. 1:10-cv-5760-SAS <br> : |
| SAMUEL WYLY, DONALD R. MILLER, JR., in his Capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr., MICHAEL C. FRENCH, AND LOUIS J. SCHAUFELE III, | :    ECF Case <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## NOTICE OF EMPLOYMENT OF ELISHA BARRON

Pursuant to New York Rule of Professional Conduct 1.12(d)(1)(iv), Susman Godfrey L.L.P. ("SG"), counsel for Sam Wyly and Donald Miller, in his capacity as the Independent Executor of the Will and Estate of Charles Wyly, gives notice to the Court and all parties that it has employed Elisha Barron as an associate. Ms. Barron formerly was a law clerk for the Court. As required by New York Rule of Professional Conduct 1.12(d)(1)(i) – (iii), SG has (1) notified lawyers and nonlawyer personnel within the firm that Ms. Barron is prohibited from participating in SG's representation of Sam Wyly and Donald Miller, (2) implemented effective screening procedures to prevent the flow of information about the Wyly matter between Ms. Barron and others in the firm, and (3) ensured that Ms. Barron is apportioned no part of the fee from the Wyly matter.

Respectfully submitted:

SUSMAN GODFREY, L.L.P.

By:

/s/ _____
Stephen D. Susman (SS8591)
Mark H. Hatch-Miller (MH4981)
Steven M. Shepard (*pro hac vice*)
560 Lexington Avenue, 15th Floor
New York, New York  10022-6828
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Terrell W. Oxford
David D. Shank
901 Main Street, Suite 5100
Dallas, Texas  75202-3775
Telephone: (214) 754-1900
Facsimile: (214) 754-1933

Harry S. Susman, *Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 653-7834
Facsimile: (713) 654-6666

*Attorneys for Samuel E. Wyly and Donald R. Miller, Jr.*

Dated:   November 10, 2014