

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
100 F Street, N.E.
WASHINGTON, D.C. 20549-5977

November 10, 2014

**Via ECF and Email**

Honorable Shira A. Scheindlin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re: SEC v. Wyly,* 1:10-cv-05760

Dear Judge Scheindlin:

      We request your permission for the SEC's court room technician to set up the court room for the November 12 hearing scheduled to begin at 10:30 a.m., and continuing on November 17. Specifically, we request that Charles Dunkin of On the Record, Inc. be permitted to bring the following items into your court room on the mornings of November 12 and 17:

      Two laptop computers with power adapters
      Two "mice"
      One power point/ laser remote
      One hard drive and several thumb drives
      One Network Router/ mifi hotspot
      One smartphone

      Additionally, On the Record, Inc. will have the following equipment delivered to the court house by RDS Delivery on the morning of November 12, and will need access to Pearl Street:

      Three LCD Monitors
      One printer
      One 2-way VGA Distributor
      One 8-way VGA Distributor
      One VGA Switch
      One Anchor Speaker
      Miscellaneous cabling and peripherals (extension cords, power strips, VGA cables)

      Respectfully submitted,

      */s/ Gregory N. Miller*
      Gregory N. Miller
      Plaintiff's Counsel