# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/14

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
|---|---|---|---|
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

STEVEN SHEPARD
DIRECT DIAL (212) 729-2010

E-MAIL SSHEPARD@SUSMANGODFREY.COM

November 14, 2014

*Defendant's request is granted.*
*SO ORDERED*

VIA ECF and E-MAIL

Honorable Shira Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

11/14/14   Shira A. Scheindlin, USDJ

Re:     *SEC v. Wyly et al.*, No. 1:10-cv-05760-SAS

Dear Judge Scheindlin:

We request your permission for the Defendant's court room technician to set up the court room for the upcoming hearing scheduled to begin at 10:00 am on November 17. Matthew Spalding of Legal Media, Inc. will bring the following items into your court room on the morning of November 17 prior to the hearing:

Two laptops, with mouse
External hard drives, power cable
Distribution Amp (with cables)
Power Strip
Orange extension cord
BW printer (with cables)
Paper
PPT clicker
Cell phone (2)
WiFi hub

Sincerely,

/s/Steven Shepard

cc:     Opposing Counsel via email

3424077v1/012798