UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr., MICHAEL C. FRENCH, and LOUIS J. SCHAUFELE III,

    Defendants,

and

CHERYL WYLY, EVAN ACTON WYLY, LAURIE WYLY MATTHEWS, DAVID MATTHEWS, LISA WYLY, JOHN GRAHAM, KELLY WYLY O'DONOVAN, ANDREW WYLY, CHRISTIANA WYLY, CAROLINE D. WYLY, MARTHA WYLY MILLER, DONALD R. MILLER, JR. in his individual capacity, CHARLES J. WYLY III, EMILY WYLY LINDSEY, JENNIFER WYLY LINCOLN, JAMES W. LINCOLN, and PERSON, TRUSTS, LIMITED PARTNERSHIPS, AND OTHER ENTITIES KNOWN AND UNKNOWN,

    Relief Defendants.

No. 1:10-cv-05760-SAS

STIPULATION AND
[PROPOSED] ORDER

    Relief Defendants Jennifer Wyly Lincoln and James W. Lincoln (collectively, "Relief Defendants") through their counsel, and Plaintiff, the Securities and Exchange Commission ("SEC"), hereby stipulate as follows:

    **WHEREAS**, in May 2008, Jim Lincoln and his father, Edgar Lincoln, founded a staffing business, Ruiz Staff, LLC, d/b/a On Demand Staffing ("On Demand"), that contracts to provide day laborers to companies that need temporary employees for construction clean up and warehouse work;

    **WHEREAS**, James W. Lincoln holds 51% interest in On Demand and Edgar Lincoln, who is not a relief defendant, holds 49% interest in On Demand;

**WHEREAS**, counsel for James Lincoln has represented to the SEC that On Demand had positive cash flows and operated at a profit for the one year period from June 2013 through June 2014;

**WHEREAS**, it appears likely that James W. Lincoln contributed his portion of the initial capital investment in On Demand through funds sourced from the Jennifer Lynn Wyly Trust, a United States domestic trust;

**WHEREAS**, on November 3, 2014, the Court entered an order in the above-referenced action temporarily freezing particular assets held by the Relief Defendants ("the Freeze Order");

**WHEREAS**, On Demand has represented to the SEC that it employs four full time employees and 75 contract employees per week;

**WHEREAS**, the SEC, before agreeing to a modification of the freeze order permitting James Lincoln's business to continue operating indefinitely, wishes to obtain additional documents and information concerning the profitability of the business, and Mr. Lincoln has agreed to provide such documents and information;

**WHEREAS**, if the business cannot continue to fund payroll and operating expenses, On Demand will be forced to cease operations and terminate all of its full time employees and contract employees; and

**WHEREAS**, the SEC agrees to permit On Demand to continue to meet its payroll obligations and pay ordinary and necessary operating expenses from cash currently on hand and future operating revenues, through December 31, 2014;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. On Demand may continue to pay the salaries of its full time employees, all business and operating expenses, the salaries of the contract employees, and reasonable profit distributions to Edgar Lincoln through December 31, 2014;
2. The Relief Defendants will not be deemed to have violated the Freeze Order as a result of On Demand continuing to pay its full time employees, all business and operating expenses, the salaries of the contract employees, and reasonable profit distributions to Edgar Lincoln through December 31, 2014;
3. James W. Lincoln agrees to provide the SEC with documents and information concerning the profitability of the business; and
4. James W. Lincoln agrees not to draw any salary or profits from On Demand until further Order of this Court.

2

Dated: November 17, 2014  
      New York, New York

VENABLE LLP

By: _____

Kostas D. Katsiris (KK8599)  
Venable LLP  
1270 Avenue of the Americas  
New York, New York 10020  
kdkatsiris@venable.com  
(212) 307-5500 (telephone)  
(212) 307-5598 (facsimile)

Michael J. Rivera, Of Counsel

*Attorneys for Relief Defendants Jennifer Wyly Lincoln and James W. Lincoln*

**SO ORDERED**, this day of November ___ 2014

Dated: November 17, 2014  
      Washington, D.C.

U.S. SECURITIES AND EXCHANGE COMMISSION

By: _____

Marsha C. Massey  
Supervisory Assistant Chief Litigation Counsel  
U.S. Securities and Exchange Commission  
100 F Street, NE/Mail Stop 5985  
Washington, D.C. 20549-5984  
Masseym@sec.gov  
(202) 551-4452 (telephone)  
(202) 772-9245 (facsimile)

*Attorney for Plaintiffs Securities and Exchange Commission*

_____  
HONORABLE SHIRA A. SCHEINDLIN  
UNITED STATES DISTRICT JUDGE