USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/14

## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (214) 754-1933
WWW.SUSMANGODFREY.COM

| | | | |
|---|---|---|---|
| SUITE 5100 | SUITE 950 | SUITE 3800 | SUITE 5100 |
| 1000 LOUISIANA STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 901 MAIN STREET |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | DALLAS, TEXAS 75202-3775 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 | (214) 754-1900 |

STEVEN M. SHEPARD
(212) 336-8330
(ADMITTED ONLY IN VIRGINIA)

E-MAIL SSHEPARD@SUSMANGODFREY.COM

November 19, 2014

VIA E-MAIL

Honorable Shira Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

Re:   *SEC v. Wyly et al.*, No. 1:10-cv-05760-SAS

Dear Judge Scheindlin:

We request your permission for the Defendant's court room technician to set up the court room for the upcoming hearing scheduled to begin at 10:30AM on December 1, 2014. Specifically, we request that Trevor Brock of Legal Media, Inc., be permitted to bring the following items into your court room on the morning of December 1, 2014 prior to the hearing:

- 2 laptops
- One cellphone
- 2 personal monitors

*Request Granted
So Ordered
[signature] USDJ
11/20/14*

November 19, 2014
Page 2

       VGA Distribution Amp
       VGA Switcher
       Laser Pointer/Clicker
       iPhone
       Various cables/power cords
       Wireless mic
       Cases for above

We appreciate the Court's attention to this matter.

Sincerely,


//s//

Steven Shepard


cc: Opposing Counsel via email