

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
100 F Street, N.E.
WASHINGTON, D.C. 20549-5977

November 24 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/14

**Via ECF and Email**

Honorable Shira A. Scheindlin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re: SEC v. Wyly,* 1:10-cv-05760

Dear Judge Scheindlin:

We request your permission for the SEC's court room technician to set up the court room for the December 1 hearing scheduled to begin at 10:30 a.m. Specifically, we request that Charles Dunkin of On the Record, Inc. be permitted to bring the following items into your court room on the morning December 1:

2 - Laptops
2 - Mice
1 - Power point clicker
1 - Hot spot
1 - Assorted cables
1 - Smart phone
2 - External hard drives

Respectfully submitted,

*/s/ Gregory N. Miller*
Gregory N. Miller
Plaintiff's Counsel

Approved
[signature] USDJ
11/24/14

cc: Counsel of record via email