UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 1:10-cv-05760-SAS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr., MICHAEL C. FRENCH, and LOUIS J. SCHAUFELE III, | |
| Defendants, | |
| and | |
| CHERYL WYLY, EVAN ACTON WYLY, LAURIE WYLY MATTHEWS, DAVID MATTHEWS, LISA WYLY, JOHN GRAHAM, KELLY WYLY O'DONOVAN, ANDREW WYLY, CHRISTIANA WYLY, CAROLINE D. WYLY, MARTHA WYLY MILLER, DONALD R. MILLER, JR. in his individual capacity, CHARLES J. WYLY III, EMILY WYLY LINDSEY, JENNIFER WYLY LINCOLN, JAMES W. LINCOLN, and PERSON, TRUSTS, LIMITED PARTNERSHIPS, AND OTHER ENTITIES KNOWN AND UNKNOWN, | |
| Relief Defendants. | |

Relief Defendants Jennifer Wyly Lincoln and James W. Lincoln (collectively, "Relief Defendants") through their counsel, and Plaintiff, the Securities and Exchange Commission ("SEC"), hereby stipulate as follows:

WHEREAS, in May 2013, Lindum Management GP, LLC, as general partner, entered into a limited partnership agreement with The Gemini Trust and The JWL Trust, to establish an investment firm named Lindum Developments, II LP ("Lindum");

WHEREAS, Lindum Management GP, LLC holds a 1% partnership interest in Lindum, The JWL Trust holds a 52.4% partnership interest in Lindum, and The Gemini Trust holds a 46.6% partnership interest in Lindum;

**WHEREAS**, James Lincoln is the Manager of Lindum Management GP, LLC, which is wholly owned by James Lincoln and Jennifer Lincoln;

**WHEREAS**, during 2013 and 2014 Lindum invested the vast majority of its capital in multiple business and other investments, including real estate;

**WHEREAS**, Lindum has a salaried employee who is responsible for handling administrative and operational functions for Lindum;

**WHEREAS**, Lindum has certain outstanding legal expenses associated with its portfolio companies and other outstanding and recurring operating expenses;

**WHEREAS**, on or about October 17, 2014, Lindum entered into a contract for the sale of a residential property located at 2047 Bayview Drive, Irving, Texas 75060, for $177,000 ("the Bayview Sale") as the seller (*See* HUD-1 document related to the Sale as **EXHIBIT A**);

**WHEREAS**, the buyer in the Bayview Sale is a *bona fide* purchaser who is not a relative of the Relief Defendants or the Defendants;

**WHEREAS**, the Bayview Sale is scheduled to close on or before November 30, 2014;

**WHEREAS**, in connection with the Bayview Sale, Lindum is responsible for the payment of utility bills on the property until such closing occurs;

**WHEREAS**, on November 3, 2014, the Court entered an order in the above-referenced action temporarily freezing particular assets held by the Relief Defendants (the Freeze Order");

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Lindum may continue to pay the salary of its employee;
2. Lindum may pay its current outstanding legal expenses and outstanding and recurring operating expenses;
3. The Relief Defendants will not be deemed to have violated the Freeze Order as a result of Lindum continuing to pay its employee or pay its current outstanding legal expenses and outstanding and recurring operating expenses;
4. Lindum may proceed with the Bayview Sale closing and may pay all utility bills associated with the property until such closing occurs;
5. The Relief Defendants will not be deemed to have violated the Freeze Order by proceeding with the Bayview Sale and paying all utility bills associated with the property until such closing occurs;
6. Monies to be disbursed may be lawfully paid to all parties involved in the Bayview Sale, as set forth in EXHIBIT A, and the funds disbursed to Lindum will be maintained in Lindum's BBVA Compass bank account (ending 9634) and used only to pay Lindum's outstanding and recurring legal and operating expenses.

Dated: November 26, 2014
    New York, New York

      VENABLE LLP

By: _____

Kostas D. Katsiris (KK8599)
Venable LLP
1270 Avenue of the Americas
New York, New York 10020
kdkatsiris@venable.com
(212) 307-5500 (telephone)
(212) 307-5598 (facsimile)

Michael J. Rivera, Of Counsel

*Attorneys for Relief Defendants Jennifer Wyly*
*Lincoln and James W. Lincoln*

Dated: November 26, 2014
    Washington, D.C.

U.S. SECURITIES AND EXCHANGE
COMMISSION

By: _____

Marsha C. Massey
Supervisory Assistant Chief Litigation
Counsel
U.S. Securities and Exchange Commission
100 F Street, NE/Mail Stop 5985
Washington, D.C. 20549-5984
Masseym@sec.gov
(202) 551-4452 (telephone)
(202) 772-9245 (facsimile)

*Attorney for Plaintiffs Securities and*
*Exchange Commission*

**SO ORDERED**, this day of November 2014

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

OMB No. 2502-0265



# A. Settlement Statement (HUD-1)

## B. Type of Loan

| 1. ☒ FHA   2. ☐ RHS   3. ☐ Conv Unins<br>4. ☐ VA   5. ☐ Conv Ins.   6. ☐ Seller Fin<br>7. ☐ Cash Sale. | 6. File Number<br>14-198005-PC | 7. Loan Number<br>8120285508 | 8. Mortgage Ins Case Number |
|---|---|---|---|

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower<br>George Varghese and Jolly George | E. Name & Address of Seller<br>Lindum Developments II LP<br>300 Crescent Ct. # 850<br>Dallas, TX 75201 | F. Name & Address of Lender<br>Caliber Home Loans, Inc.<br>3701 Regent Blvd., Ste. 200<br>Irving, TX 75063 |
|---|---|---|

| G. Property Location<br><br>Lakeway Village Addition, Block A, Lot 25, Dallas County<br>2047 Bayview Drive<br>Irving, TX 75060 | H. Settlement Agent Name<br>Capital Title of Texas, LLC - Park Cities<br>7001 Preston Rd., Suite 120<br>Dallas, TX 75205<br>214-219-7300<br>Underwritten By: Stewart<br>Place of Settlement<br>Capital Title of Texas, LLC - Park Cities<br>7001 Preston Road, Suite 120<br>Dallas, TX 75205 | I. Settlement Date<br>11/21/2014<br>Fund: |
|---|---|---|

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | | 401. Contract sales price | $177,000.00 |
| 102. Principal Reduction | | 402. Personal property | |
| 103. Settlement charges to borrower | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City Property Taxes | | 406. City Property Taxes | |
| 107. County Property Taxes   11/22/14 thru 12/31/14 | | 407. County Property Taxes   11/22/14 thru 12/31/14 | $225.46 |
| 108. Annual Assessments | | 408. Annual Assessments | |
| 109. School Property Taxes   11/22/14 thru 12/31/14 | | 409. School Property Taxes   11/22/14 thru 12/31/14 | $257.18 |
| 110. MUD Taxes | | 410. MUD Taxes | |
| 111. Other Taxes | | 411. Other Taxes | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | | **420. Gross Amount Due to Seller** | $177,482.64 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $11,150.80 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff Mowing Lien | $369.88 |
| 205. | | 505. 2014 Property Taxes (County & City) | $2,057.29 |
| 206. | | 506. 2014 Property Taxes (School) | $2,346.80 |
| 207. | | 507. (EMD $1,500 Disbursed as Proceeds) | |
| 208. Portion of Owner's Policy Paid by Seller | | 508. Portion of Owner's Policy Paid by Seller | $1,303.80 |
| 209. Repair Allowance | | 509. Repair Allowance | $1,500.00 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City Property Taxes | | 510. City Property Taxes | |
| 211. County Property Taxes | | 511. County Property Taxes | |
| 212. Annual Assessments | | 512. Annual Assessments | |
| 213. School Property Taxes | | 513. School Property Taxes | |
| 214. MUD Taxes | | 514. MUD Taxes | |
| 215. Other Taxes | | 515. Other Taxes | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | | **520. Total Reduction Amount Due Seller** | $18,728.57 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | | 601. Gross Amount due to seller (line 420) | $177,482.64 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reductions in amt. due seller (line 520) | $18,728.57 |
| **303. Cash From Borrower** | | **603. Cash To Seller** | $158,754.07 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

POC (B) – Paid Outside of Closing by Borrower. POC (S) – Paid Outside of Closing by Seller. POC (L) – Paid Outside of Closing by Lender.

**L. Settlement Charges**

| 700. Total Real Estate Broker Fees | $10,620.00 | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| Division of Commission (line 700) as follows: | | | | | |
| 701. $5,310.00 | to | Ultima Real Estate | | | |
| 702. $5,310.00 | to | Beam Real Estate, LLC | | | |
| 703. Commission Paid at Settlement | | | | | $10,620.00 |
| 704. | to | | | | |
| 705. The following persons, firms or | to | | | | |
| 706. corporations received a portion of | to | | | | |
| 707. the real estate commission amount | to | | | | |
| 708. shown above: | to | | | | |

| 800. Items Payable in Connection with Loan | | | | | |
|---|---|---|---|---|---|
| 801. Our origination charge | | | $0.00 | (from GFE #1) | |
| 802. Your credit or charge (points) for the specific rate chosen | | | $0.00 | (from GFE #2) | |
| 803. Your adjusted origination charges | to | | | (from GFE A) | |
| 804. Appraisal Fee | to | | | (from GFE #3) | |
| 805. Credit report | to | | | (from GFE #3) | |
| 806. Tax service | to | | | (from GFE #3) | |
| 807. Flood certification | to | | | (from GFE #3) | |

| 900. Items Required by Lender To Be Paid in Advance | | | |
|---|---|---|---|
| 901. Daily interest charges from 11/21/2014 to 12/1/2014 @ $0/day | | (from GFE #10) | |
| 902. Mortgage Insurance Premium for months | to | (from GFE #3) | |
| 903. Homeowner's insurance for  years | to | (from GFE #11) | |

| 1000. Reserves Deposited With Lender | | | | | |
|---|---|---|---|---|---|
| 1001. Initial Deposit for your escrow account | | | | (from GFE #9) | |
| 1002. Homeowner's insurance | | months @ | | per month | |
| 1003. Mortgage insurance | | months @ | | per month | |
| 1004. City Property Taxes | | months @ | | per month | |
| 1005. County Property Taxes | | months @ | $171.44 | per month | |
| 1006. Annual Assessments | | months @ | | per month | |
| 1007. School Property Taxes | | months @ | $195.57 | per month | |
| 1008. MUD Taxes | | months @ | | per month | |
| 1009. Other Taxes | 0 | months @ | | | |
| 1010. Other Taxes | 0 | months @ | | | |
| 1011. Aggregate Adjustment | | | | | |

| 1100. Title Charges | | | | | |
|---|---|---|---|---|---|
| 1101. Title services and lender's title insurance | to | Capital Title of Texas | | (from GFE #4) | |
| 1102. Settlement or Closing Fee | to | Capital Title of Texas | | $325.00 | $325.00 |
| 1103. Owner's title insurance | to | Capital Title of Texas | | (from GFE #5) | |
| 1104. Lender's title insurance | to | Capital Title of Texas | | $100.00 | |
| 1105. Lender's title policy limit $ | | $132,750.00/$197.80 | | | |
| 1106. Owner's title policy limit $ | | $177,000.00/$1,367.10 | | | |
| 1107. Agent's portion of the total title insurance premium | to | Capital Title of Texas | $1,330.16 | | |
| 1108. Underwriter's portion of the total title insurance premium | to | | $234.74 | | |
| 1109. Guaranty Assessment Recoupment Charge | to | Texas Title Insurance Guaranty Association | | $1.80 (from GFE #4) | $0.00 |
| 1110. Guaranty Assessment Recoupment Charge | to | Texas Title Insurance Guaranty Association | | $1.80 (from GFE #5) | $0.00 |
| 1111. Courier Fee | to | Capital Title of Texas | | $25.00 (from GFE #4) | $25.00 |
| 1112. Doc Prep | to | Shaddock & Associates, P.C. | | (from GFE #4) | $95.00 |
| 1113. Tax Certificate | to | United Tax Service, Inc. | | (from GFE #4) | $59.80 |
| 1114. eRecording Fee for Buyer/Borrower | to | United eRecording | | $18.00 (from GFE #4) | $0.00 |
| 1115. Notary Service | to | | | (from GFE #4) | $0.00 |
| 1116. Survey Amend Residential | to | Capital Title of Texas | | $65.10 | |
| 1117. Tax deletion (MTP & Binder On) | to | Capital Title of Texas | | $20.00 | |
| 1118. T-19.2 LP Minerals&Surf Damag | to | Capital Title of Texas | | | |
| 1119. T-36 Environmental Protection | to | Capital Title of Texas | | $25.00 | |
| 1120. T19 Res. Endorsement | to | Capital Title of Texas | | $52.80 | |

| 1200. Government Recording and Transfer Charges | | | | |
|---|---|---|---|---|
| 1201. Government recording charges | | | (from GFE #7) | |
| 1202. Deed $30.00 ; Mortgage $94.00 ; Release $26.00 | to Capital Title of Texas | | | $26.00 |
| 1203. Transfer taxes | | | (from GFE #8) | |
| 1204. City/County tax/stamps | Deed $0.00 ; Mortgage $0.00 | | | |
| 1205. State tax/stamps | Deed $0.00 ; Mortgage $0.00 | | | |
| 1206. eRecording for Seller | to | United eRecording | | |

| 1300. Additional Settlement Charges | | | | |
|---|---|---|---|---|
| 1301. Required services you can shop for | | | (from GFE #6) | |
| 1302. Survey | to | Premier Surveying LLC | $568.31 (from GFE #6) | $0.00 |

| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | $11,150.80 |
|---|---|---|

Previous editions are obsolete                          Page 2 of 4                                    HUD-1

File No. 14-198005-PC

POC (B) – Paid Outside of Closing by Borrower.  POC (S) – Paid Outside of Closing by Seller.  POC (L) – Paid Outside of Closing by Lender.

File No. 14-198005-PC

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction.  I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

Lindum Developments II LP

_____

George Varghese

_____
By

_____

Jolly George

SETTLEMENT AGENT CERTIFICATION
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction.  I have caused the funds to be disbursed in accordance with this statement.

_____
Settlement Agent                                        Date
**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine and imprisonment.  For details see: Title 18 U.S. Code Section 1001 and Section 1010.