USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr.,<br><br>Defendants,<br><br>and<br><br>CHERYL WYLY et al.,<br><br>Relief Defendants. | No. 1:10-cv-05760-SAS<br><br><br><br>STIPULATION AND [PROPOSED] ORDER |

Relief Defendant Kelly Wyly O'Donovan and Plaintiff, the Securities and Exchange Commission, through their undersigned counsel, hereby stipulate as follows:

WHEREAS on November 13, 2014, the Court entered a stipulation and order amending the Court's asset freeze order dated November 3, 2014, to permit Finbarrs Limited to continue to operate its restaurant business, Finbarr's, through December 31, 2014, and to permit Wyly Works, Inc., to continue to operate the its art and jewelry gallery, the Elliott Yeary Gallery, through December 31, 2014;

WHEREAS Ms. Donovan has supplied the SEC with additional documentation concerning both businesses; and

NY: 886450-10

WHEREAS the SEC has agreed to Ms. O'Donovan's request, subject to this Court's approval, to extend the date until which those entities may continue to operate those businesses until April 15, 2015, unless the Court orders otherwise;

WHEREAS Ms. O'Donovan has agreed not to take any salary or payments of any kind from either of these businesses while the asset freeze remains in effect as to her;

WHEREAS no other relief defendants will take any salary or payments of any kind from either of these businesses while the asset freeze remains in effect as to them;

IT IS HEREBY STIPULATED AND AGREED that the Court's asset freeze order dated November 3, 2014, is further modified as follows:

1. Finbarrs Limited may continue to operate its restaurant business, including purchasing and selling food, beverages, and merchandise and funding its payroll and other ordinary and necessary operating expenses using cash it currently holds and future operating revenue until April 15, 2015, unless and until the Court orders otherwise; and

2. Wyly Works, Inc. may continue to operate the Elliott Yeary Gallery, including purchasing and selling art works and jewelry and funding its payroll and other ordinary and necessary operating expenses using cash it currently holds and future operating revenue, until April 15, 2015, unless and until the Court orders otherwise.

Dated: December 4, 2014

_____
Marsha C. Massey
SECURITIES AND EXCHANGE COMMISSION
Supervisory Ass't Chief Litigation Counsel
Securities and Exchange Commission
100 F. Street, NE/Mail Stop 5985
Washington, D.C. 20549
(202) 551-4452
masseym@sec.gov
*Attorneys for Plaintiff*

_____
David L. Kornblau
Eric Hellerman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1084
dkornblau@cov.com
*Attorneys for Relief Defendant Kelly Wyly O'Donovan*

SO ORDERED, this 8th day of December, 2014

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE