UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>v.<br><br>SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr.,<br><br>                        Defendants,<br>and<br><br>CHERYL WYLY, EVAN ACTON WYLY, LAURIE WYLY MATTHEWS, DAVID MATTHEWS, LISA WYLY, JOHN GRAHAM, KELLY WYLY O'DONOVAN, ANDREW WYLY, CHRISTIANA WYLY, CAROLINE D. WYLY, MARTHA WYLY MILLER, DONALD R. MILLER, JR., in his individual capacity, CHARLES J. WYLY III, EMILY WYLY LINDSEY, JENNIFER WYLY LINCOLN, JAMES W. LINCOLN, and PERSONS, TRUSTS, LIMITED PARTNERSHIPS, AND OTHER ENTITIES KNOWN AND UNKNOWN,<br>  Relief Defendants. | No. 1:10-cv-05760-SAS |

**NOTICE OF SEC'S MOTION FOR DISGORGEMENT AND INJUNCTIVE RELIEF AGAINST DEFENDANTS SAMUEL E. WYLY AND DONALD R. MILLER, JR., in his <u>capacity as the Independent Executor of the Will and Estate of CHARLES J. WYLY, JR.</u>**

Pursuant to the Securities Act of 1933 and the Securities and Exchange Act of 1934, the Securities and Exchange Commission hereby moves this Court for a Final Judgment against Defendants Sam E. Wyly and Donald R. Miller, Jr., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr. (collectively, "Defendants"), ordering the Defendants to pay disgorgement and prejudgment interest and enjoining Defendant Sam Wyly

from future violations of the Federal Securities Laws or serving as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].   The SEC respectfully requests that this Court enter the accompanying Proposed Final Judgment.

Dated: February 6, 2015	Respectfully submitted

/s/ *Bridget Fitzpatrick*
Bridget Fitzpatrick
Martin Zerwitz (MZ-9765)
Gregory N. Miller (GM-5922)
John D. Worland, Jr. (JDW-1962)
Hope Hall Augustini
Daniel Staroselsky
Marsha C. Massey
Michael Roessner
Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-5977
Tel.: (202) 551-4678 (Fitzpatrick)
Email: FitzpatrickBr@SEC.gov