# COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

David L. Kornblau

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1084
dkornblau@cov.com

**BY ECF AND EMAIL**

April 2, 2015

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**SEC v. Wyly, 1:10-cv-5760 (SAS)**

Dear Judge Scheindlin:

     On behalf of all sixteen Relief Defendants, we respectfully request a one-day extension of time to answer or otherwise respond to the SEC's Supplemental Amended Complaint. In our prior extension request, we inadvertently proposed a due date of Easter Sunday (April 5), which Your Honor granted. Although the Court's prior order (Dkt. 579) stated that no further adjournments will be granted, we hope the Court will not mind permitting us one extra day to avoid a filing on Easter Sunday. A proposed order is attached. The SEC has consented to this request.

                            Respectfully submitted,

                            David L. Kornblau

Attachment

cc (by email; w/ attachment):

Counsel of Record
Judith W. Ross, Esq.

NY: 900544-3