UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr.,<br><br>        Defendants,<br><br>and<br><br>CHERYL WYLY et al.,<br><br>        Relief Defendants. | No. 1:10-cv-05760-SAS |

ORDER EXTENDING TIME

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the time for the Relief Defendants to answer or otherwise respond to the SEC's Supplemental Amended Complaint, filed November 19, 2014 (Dkt. No. 541 ), is hereby extended from April 5, 2015, to and including April 6, 2015. No further adjournments will be granted.

SO ORDERED this ___ day of April, 2015

                                                                                HONORABLE SCHIRA A. SCHEINDLIN
                                                                                UNITED STATES DISTRICT JUDGE

NY: 900545-2