UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr.,

    Defendants,

and

CHERYL WYLY et al.,

    Relief Defendants.

No. 1:10-cv-05760-SAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/15

## ORDER EXTENDING TIME

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the time for the Relief Defendants to answer or otherwise respond to the SEC's Supplemental Amended Complaint, filed November 19, 2014 (Dkt. No. 541), is hereby extended from April 5, 2015, to and including April 6, 2015. No further adjournments will be granted.

SO ORDERED this ___ day of April, 2015

HONORABLE SCHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

NY: 900545-2