

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
100 F Street, N.E.
WASHINGTON, D.C. 20549-5977

April 30, 2015

**<u>Via ECF and Email</u>**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007-1312

Re:   *SEC v. Wyly, et al.* 1:10-cv-5760

Dear Judge Scheindlin:

The Securities and Exchange Commission ("SEC") and the Relief Defendants attach a Proposed Scheduling Order for discovery and other pre-trial proceedings in this case. It incorporates the schedule previously agreed to and submitted to the Court, and includes "WHEREAS" clauses, and a paragraph vacating the expedited discovery provisions from this Court's "Asset Freeze" order of November 3, 2014. Based on the cooperative discovery achieved to date, and the time available for the additional discovery that will be necessary, the expedited provisions no longer appear necessary.

Respectfully,

John D. Worland, Jr.

cc:  Counsel of record via email