USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff,*

v.

SAMUEL E. WYLY and DONALD R. MILLER, JR., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr.,

    *Defendants,*

and

CHERYL WYLY *et al.*,

    *Relief Defendants.*

---

No. 1:10-cv-05760-SAS

STIPULATION AND [PROPOSED] ORDER REGARDING DONALD R. MILLER, JR. AND MARTHA WYLY MILLER

Plaintiff Securities and Exchange Commission and Relief Defendants Donald R. Miller, Jr. and Martha Wyly Miller (the "Millers"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 3, 2014, the Court issued an Order Temporarily Freezing Assets and Granting Other Relief (ECF No. 518) (the "Freeze Order"), which has frozen the Millers' assets subject to the terms of the Freeze Order;

WHEREAS, the Millers have advised the SEC that a new water heater and repair to the outside lighting their property at 6800 Hunters Glen, Dallas, Texas, are necessary to protect and preserve the value of the property;

WHEREAS, the Millers also have advised the SEC that removal of a dead tree at their real property at 212 Brentwood, Trinidad, Texas, is necessary to protect and preserve the value of the property;

WHEREAS, the Millers estimate that the combined cost of these maintenance projects will be approximately $10,000; and

WHEREAS, the SEC does not object to the Millers' expenditure of such sum for such purposes,

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Freeze Order is modified to permit the Millers to spend up to $10,000 on the maintenance projects described above; and

2. Such expenditures shall not be counted against the Miller's monthly allowances for living expenses in the Freeze Order and will not violate the Freeze Order.

January 27, 2016                                Respectfully submitted,

Marsha C. Massey                                David L. Kornblau
John D. Worland, Jr.                            Eric Hellerman
Michael Roessner                                COVINGTON & BURLING LLP
SECURITIES AND EXCHANGE                         The New York Times Building
COMMISSION                                      620 Eighth Avenue
Supervisory Assistant Chief Litigation          New York, New York 10018
Counsel Securities and Exchange                 Telephone: 212-841-1000
Commission                                      E-mail: dkornblau@cov.com
100 F. Street, NE/Mail Stop 5985                *Attorneys for Relief Defendants*
Washington, D.C. 20549                          *Donald R. Miller, Jr., in his individual capacity,*
Telephone: 202-551-4452                         *and Martha Wyly Miller*
E-mail: masseym@sec.gov
*Attorneys for Plaintiff*

2

SO ORDERED, this ___ day of January, 2016.

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

3