**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

David L. Kornblau

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1084
dkornblau@cov.com

February 10, 2016

By ECF and Email

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*SEC v. Wyly et al.*, No. 1:10-cv-05760 (SAS)

Dear Judge Scheindlin:

On behalf of Relief Defendants John Graham, David Matthews, Donald R. Miller, Jr., Andrew Wyly, Charles J. Wyly III, Christiana Wyly, and Evan Wyly (the "Seven Relief Defendants"), we request an indefinite postponement of the filing of the Seven Relief Defendants' brief currently due on February 19 and the evidentiary hearing currently scheduled for February 22, concerning the asset freeze issues on remand from the Second Circuit.

The Seven Relief Defendants believe that the forthcoming decision of the Honorable Barbara J. Houser on the recently concluded tax trial in the U.S. Bankruptcy Court for the Northern District of Texas may facilitate a global settlement of the Wyly matters, including this case. While awaiting Judge Houser's decision, the Seven Relief Defendants, if possible, wish to avoid incurring legal expenses challenging an asset freeze that might be lifted anyway under a global settlement.

On the other hand, the Seven Relief Defendants want to preserve their rights under the Second Circuit's decision. If Judge Houser's decision does not lead to a settlement of this action, we seek the ability to reactivate the remand proceedings upon request, on a schedule to be set by Your Honor. In the meantime, the freeze order would remain in effect until further order of the Court.

NY: 931460-2

COVINGTON

The Honorable Shira A. Scheindlin
February 10, 2016
Page 2

      The SEC has advised us that it does not object to our requested postponement under the terms set forth above, which include all remanded defendants agreeing that they are still subject to the asset freeze order.

                              Respectfully submitted,

                              David L. Kornblau

cc: Counsel of Record (by email)