UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>SAMUEL E. WYLY,<br>DONALD R. MILLER, JR., in his capacity<br>as the Independent Executor of the Will<br>and Estate of Charles J. Wyly, Jr.,<br><br>          Defendants, and<br><br>CHERYL WYLY, EVAN ACTON WYLY,<br>LAURIE WYLY MATTHEWS, DAVID<br>MATTHEWS, LISA WYLY, JOHN GRAHAM,<br>KELLY WYLY O'DONOVAN, ANDREW WYLY,<br>CHRISTIANA WYLY, CAROLINE D. WYLY,<br>MARTHA WYLY MILLER, DONALD R.<br>MILLER, JR., in his individual capacity,<br>CHARLES J. WYLY III, EMILY WYLY<br>LINDSEY, JENNIFER WYLY LINCOLN, JAMES<br>W. LINCOLN, and PERSONS, TRUSTS,<br>LIMITED PARTNERSHIPS, AND OTHER<br>ENTITIES KNOWN AND UNKNOWN,<br><br>          Relief Defendants. | No. 1:10-cv-05760-JPO |

**ORDER DIRECTING THE CLERK OF COURT TO ACCEPT AND DEPOSIT
JUDGMENT FUNDS**

   This matter is before the Court on the Joint Motion of the United States Securities and

Exchange Commission ("SEC") and Donald R. Miller, Jr., in his capacity as the Independent

Executor of Will and Estate of Charles J. Wyly Jr. (the "Estate"), for an Order directing the Clerk

of Court to receive the full payment of the Judgment entered against the Estate and deposit the

funds in the Court Registry Investment System ("CRIS").

The Court, having considered the Joint Motion hereby ORDERS:

1. The Clerk of Court shall accept the deposit of the funds ordered to be paid by the Estate pursuant to the Judgment entered on February 26, 2015 (Dkt. No. 591); and

2. These funds shall be deposited into the CRIS pending further Order of this Court.

**SO ORDERED.**

Dated: December 19, 2016

_____
J. PAUL OETKEN
United States District Judge