UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

-v-

SAMUEL E. WYLY, et al.,

Defendants.

10-CV-5760 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 5, 2018, the Court received its last status letter from the parties.  (Dkt. No. 747.)  That status letter indicated that the parties were working toward a settlement of this action. (*Id.*)  There has been no substantive communication with this Court since that date.

Accordingly, the parties are directed to file a letter updating the Court on the status of this case on or before October 31, 2019.

SO ORDERED.

Dated: October 2, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge