UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

-v-

SAMUEL E. WYLY, et al.,

                      Defendants.

10-CV-5760 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On April 28, 2020, Attorney John David Worland, Jr. moved to withdraw as counsel for Plaintiff in this matter. (Dkt. No. 762.) The motion is GRANTED.

The Clerk of Court is directed to terminate Mr. Worland from the case.

SO ORDERED.

Dated: April 29, 2020
        New York, New York

_____
J. PAUL OETKEN
United States District Judge